1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                     CENTRAL DISTRICT OF CALIFORNIA

10

JOSE ANTONIO AREVALO,              )  CASE NO. CV 13-2627-AG (PJW)
11                                 )
                  Petitioner,      )  ORDER TO SHOW CAUSE WHY PETITION
12                                 )  SHOULD NOT BE DISMISSED
                  v.               )
13                                 )
DAVID B. LONG, WARDEN,             )
14                                 )
                  Respondent.      )
15  _____)

16       On April 9, 2013, Petitioner constructively filed a Petition for

17  Writ of Habeas Corpus, seeking to challenge his January 2010

18  convictions for lewd and lascivious conduct with a child under

19  fourteen and resulting prison sentence of 75 years to life.  (Petition

20  at 2.)  In the Petition, he claims that both trial and appellate

21  counsel provided ineffective assistance in several respects.

22  (Petition at 5; attached memorandum at 1-10.)  For the following

23  reasons, Petitioner is ordered to show cause why his Petition should

24  not be dismissed because it is time-barred.

25       State prisoners seeking to challenge their state convictions in

26  federal habeas corpus proceedings are subject to a one-year statute of

27  limitations.  28 U.S.C. § 2244(d).  Here, Petitioner's conviction

28  became final on October 18, 2011--90 days after the California Supreme

1   Court denied his petition for review and the time expired for him to a

2   petition for writ of certiorari in the United States Supreme Court.

3   *See*, *e.g.*, *Brambles v. Duncan*, 412 F.3d 1066, 1069 (9th Cir.

4   2005).  Therefore, the statute of limitations expired one year later,

5   on October 18, 2012.  *See Patterson v. Stewart*, 251 F.3d 1243, 1246

6   (9th Cir. 2001).  Petitioner, however, did not file this Petition

7   until April 9, 2013, nearly six months after the deadline.

8         IT IS THEREFORE ORDERED that, no later than **May 17, 2013**,

9   Petitioner shall inform the Court in writing why this case should not

10  be dismissed with prejudice because it is barred by the statute of

11  limitations.  Failure to timely file a response will result in a

12  recommendation that this case be dismissed.

13        DATED:   April 17, 2013

14

15

16        PATRICK J. WALSH
          UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28  S:\PJW\Cases-State Habeas\AREVALO, J 2627\OSC dismiss pet.wpd

                                    2